UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD LINDEN,

       Plaintiff,

v.

CITY OF SOUTHFIELD,
MICHAEL STORMS,
SCOTT RICKARD,
PHILLIP MULLIGAN, and
JAKE KROLL,

       Defendants.
_____/

No. 20-12738

Honorable Nancy G. Edmunds

**JUDGMENT**

In accordance with the Court's opinion and order entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's federal constitutional claims (Counts I and II) are DISMISSED WITH PREJUDICE, Plaintiff's state law claim (Count III) is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.

    SO ORDERED.

                                s/Nancy G. Edmunds
                                Nancy G. Edmunds
                                United States District Judge

Dated: July 5, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 5, 2022, by electronic and/or ordinary mail.

                                s/Lisa Bartlett
                                Case Manager